# EXHIBIT 15

**From:** Haeussler, Tanya M.
**Sent:** Tuesday, March 12, 2019 7:37 AM
**To:** March, Zac <marchz@missouri.edu>; Hammons, Angela <hammonsa@missouri.edu>; Regan, Tamara <regant@missouri.edu>; Fishman Weaver, Kathryn <FishmanWeaverK@missouri.edu>; Walter, Stephanie P. <walters@missouri.edu>; Sasser, Katherine Jean <SasserK@missouri.edu>; Jean A. Zenner (zennerj@missouri.edu) <zennerj@missouri.edu>; Turner, Steven <turnerstev@missouri.edu>
**Subject:** Mizzou Academy Handbook (RE: CONFIDENTIAL: 2019 MK12 Operation Manual for Brazil)

Good morning all,

In light of the IP concern with HSE, the "Operation Manual" has been completely revised and I'm pleased to announce we now have a **DRAFT 2020 Mizzou Academy Handbook**!

This document will accompany the contract to the Brazil schools to provide educational services to them starting in 2020. We are about ready to send that contract, so am looking for your review to make sure all points are covered.

Attached is the HSE 2019 Operation Manual as a PDF. Also attached is the 2020 Mizzou Academy Handbook. Please review the Handbook, turn on TRACK CHANGES if you make any edits and return to me by Monday, March 18th..

**Kathryn & Stephanie** – It would be good for all BR Teachers to review as there are descriptions of their courses. I'll leave it to you to forward as you wish.

Thanks all!

Tanya


**From:** Haeussler, Tanya M.
**Sent:** January 4, 2019 12:05 PM
**To:** March, Zac <marchz@missouri.edu>; Hammons, Angela <hammonsa@missouri.edu>; Regan, Tamara <regant@missouri.edu>; Fishman Weaver, Kathryn <FishmanWeaverK@missouri.edu>; Walter, Stephanie P. <walters@missouri.edu>
**Subject:** CONFIDENTIAL: 2019 MK12 Operation Manual for Brazil
**Importance:** High

TH 0001

Good morning,

One of the documents we will need to present to the Brazil schools after the flip is a new **2019 MK12 Operation Manual** that takes out HSE's involvement.

**THIS IS HIGHLY CONFIDENTIAL.**

Here is the link to the INTERNAL 2019 MK12 Operation Manual Google Doc to review/revise. I've done a first blush for TOC and formatting (which is a mess). Please concentrate on content over format, and go through the entire document and make sure any changes that are needed are included, including removing all HSE references.

- **Tami** – Looking for your eagle-eye to align to the rest of our program. This way, we have one set of policies / procedures.
- **Angie** – Section 6 needs your eagle-eye. This was not updated when we revised.
- **KFW and Stephanie** – Sections 4 & 5 need your eagle-eyes, especially in areas we left up to HSE to determine that we had no oversight – but will now (i.e., entrance exams, participation points, etc.) The info on the Academic Op Manual Questions document did not make it all into the 2019 Manual. Please do not create a new sheet with questions / thoughts but add to the main document so we keep everything in one document (there are hanging questions / concerns on this document for you to transfer over to the new document as you see fit).

Be circumspect in who you ask to help update this document. They need to CLEARLY understand what we are intending to do, and understand this is highly confidential. Each of you has access to comment, and will add others upon your request.

The flip could happen in February, so please have all of your input in by end of January.

Let me know if you have questions.

-Tanya

---

**Tanya Haeussler**

**Senior Director | Chief Business Development Officer**

**College of Education, Mizzou K-12 Online**

University of Missouri |302 Clark Hall, Columbia, MO 65211 U.S.A.

Phone: +1 573 882 1458 | HaeusslerTa@missouri.edu

http://mizzouk12online.missouri.edu/

TH 0002

Case 4:21-cv-00029-BCW   Document 1-16   Filed 01/19/21   Page 3 of 3