# EXHIBIT 16



HSE_UM00021662

# Historical Background



1999-2015

HSE with Texas Tech (TTUISD)

2015

HSE joins Mizzou (MK12)

HSE_UM00021663

# Unknowns of New Model

## Curriculum Design Model

- *50-50* to *80-20*:  *HSE team unacceptable*

## Teaching Model

- *6-8 teachers* to *180 GTA model*

## Cost Model

- *2015, 2016, 2017, 2018: HSE model changes*
- *2015 $/course* vs *Cost* vs *Revenue Share*

HSE_UM00021664

# Mizzou K-12 Enrollments



HSE_UM00021665

CONFIDENTIAL

# Mizzou K-12 and HSE – Enroll vs Revenue



HSE_UM00021666

# Financial Status

## HSE Projected Revenues

| | | |
|---|---|---|
| 2016 | $ | 4,836,287 |
| 2017 | $ | 6,086,083 |
| 2018 | $ | 7,335,256 |
| 2019 | $ | 9,139,000 |
| **Total** | **$** | **27,396,626** |

HSE_UM00021667

CONFIDENTIAL

# Financial Status

## HSE Payments to MK12



| | | |
|---|---|---:|
| 2016 | $ | 1,334,775 |
| 2017 | $ | 1,052,020 |
| 2018 | $ | 2,499,935 |
| *2019* | *$* | *2,700,000* |
| **Total** | **$** | **7,586,730** |

HSE_UM00021668

CONFIDENTIAL

# Financial Status

|  | HSE Projected Revenues | | HSE Payments to MK12 | |
|---|---|---|---|---|
| 2016 | $ 4,836,287 | 2016 | $ 1,334,775 |
| 2017 | $ 6,086,083 | 2017 | $ 1,052,020 |
| 2018 | $ 7,335,256 | 2018 | $ 2,499,935 |
| 2019 | $ 9,139,000 | *2019* | *$ 2,700,000* |
| **Total** | **$ 27,396,626** | **Total** | **$ 7,586,730** |

HSE_UM00021669

# Financial Models

## 1. 2015 Financial Model

- *Failed to provide adequate funding for MK12*
- *$2.3M due at 2015 prices for 2016-2018*

## 2. 2017 Cost Model

- *Covers all aspects of the MK12 operation*
- *$4.2M due in unpaid invoices for 2016-2018*

## 3. 2018 Revenue Share Model

- *"Revenue" not true revenue*

HSE_UM00021670

# Timeline of Activities

- **February 6-9, 20**17.  RA & MM to CoMo to discuss budget model, but worked on MSGL.

- **March 15, 2017**. MM in CoMo,

- **October 3-11, 2017**.  ZM & TMH to Brazil to re-engage HSE in budget discussions.
  **December 22, 2017.**  Rec'd Course Dev cost data; 2018 to be a "Maintenance Year"

- **March 14-20, 2018.**  RA & MM flew to CoMo; MK12 presented HSE with DEV / PD / Travel costs.

- **April 23, 2018**.  ZM sent RA detailed cost structure data sheets to facilitate the discussion before invoicing.   No feedback from RA.

- **May 11, 2018.**  MK12 presented HSE with invoice for 2015 & 2016 & 2017.  RA agreed to pay $1.8M immediately and $700K by December but also said they did not recognize the remainder of the invoice cost.

- **October 1, 2018.**  MK12 presented to HSE student enrollment data.

- **December 12, 2018**. ZM & TMH discussed w/ RA & MM differences of opinion on rates / billing / cost of program.

- **January 1, 2019.**  After not receiving $700K, MK12 presented HSE with invoice.

- **January 9, 2019.**  HSE informed MK12 sent $699,945

- **January 16, 2019.**  ZM &TMH engaged OGC

HSE_UM00021671

# Financial Status

**Course Delivery**

- 2015 Model: $ 5,173,827
- Cost Model: $ 7,264,821

**Course Development**

- $1,800,000

**Professional Development & Travel**

- $   500,000

HSE_UM00021672

# Financial Status – 2015 vs Cost

| COURSE | 2015 Rate | Cost Model |
|--------|-----------|------------|
| Career Plan | $ 71.69 | $ 172.24 |
| College Prep | $ 71.69 | $ 172.99 |
| Debate | $ 62.13 | $ 166.99 |
| Economics | $ 238.20 | $ 188.49 |
| English 10A | $ 234.51 | $ 194.49 |
| English 10B | $ 68.00 | $ 170.24 |
| English 9A | $ 233.75 | $ 193.24 |
| English 9B | $ 67.25 | $ 168.74 |
| Health | $ 67.25 | $ 167.24 |
| Marketing | $ 87.12 | $ 178.24 |
| Speech 1 | $ 57.69 | $ 168.24 |
| Speech 2 | $ 58.44 | $ 169.74 |
| US Govt | $ 87.12 | $ 169.74 |
| US History 1 | $ 86.37 | $ 165.49 |
| US History 2 | $ 86.37 | $ 167.49 |
| WFTCC | $ 234.51 | $ 174.74 |

**AVERGE COST PER COURSE**

2015 = $113
Cost = $174 (2018)
$200 (2019)

**Other Courses**

MSGL $185
Extra Courses $250

- *Art I*
- *Humanities*
- *Information Literacy*
- *Physical Science*
- *Web Apps*

HSE_UM00021673

# School Reach Out to MK12

Concerns about HSE:

- Detrimental presence at Summer Camp
- Sale of HSE to competitor company
  - *Cannot work with HSE as competitor*
  - *Cannot go back to TTUISD*
  - *Need High School Program*
  - *Want Mizzou!*

Ready to step in as Brazil CSR

HSE_UM00021674

CONFIDENTIAL

# School Reach Out to MK12

What this means for Mizzou K-12

- *School-to-School relationships*
- *34% tax becomes revenue*
- *New program potential*
  - Scholarships
  - STEM
  - Counselor & Special Needs
  - MORE!

HSE_UM00021675

CONFIDENTIAL

# Legal Action - OGC

- **OGC meeting with HSE on Monday**
  - *Discuss Good Faith Effort of Mizzou*
  - *Notify HSE of requirement to pay within 30 days or in breach of contract*
  - *Notify HSE that if in breach of contract that the University will sue for monies*
  - *Notify HSE that future pay structure to could be at published rates of $250 course*



HSE_UM00021676

# Legal Action - OGC

- **If HSE in Breach of Contract:**
  - *MK12 contract with HSE cancelled*
  - *All educational activities with Brazil must stop*
    - Notice to schools
    - Canvas access closed
    - Genius access closed
  - *Schools must cancel contract with HSE before contracting with MK12*

HSE_UM00021677

CONFIDENTIAL

# Next steps for Mizzou K-12 Team

- Continue working with Schools until HSE in breach
  - *Coordinators / Teachers / Students*

- Review pacing in Course Guides
  - *Make plans for different re-entry times (i.e., 2 wk / 1 mos / etc.)*

- Immediately stop all work with HSE
  - *Roger / Maria / Mariana / Bernie / etc.*

- Remove HSE from all online docs
  - *Google / Box / SmartSheets / etc.*

HSE_UM00021678

# Next steps for Mizzou K-12 Team

## Do not work in HSE space (Google Docs)

- *Files have been copied*
- *Delete your links to HSE space*

## New MK12 Collaborative Environment

- *Begin working in MK12 online collaborative environment*
- *Collaborate freely with MK12 and MU personnel*
- *For non-MU personnel, discuss with your supervisor the purpose and access*

HSE_UM00021679

# Next steps for Mizzou K-12 Team

Handling questions from Brazil schools
- OGC will provide a Q&A of what you can say

HSE_UM00021680

CONFIDENTIAL



# Thoughts …

HSE_UM00021681