# EXHIBIT 17


Case 4:21-cv-00029-BCW   Document 1-18   Filed 01/19/21   Page 2 of 2