IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| HIGH SCHOOL SERVIÇOS EDUCACIONAIS, LTDA, a Brazilian company, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:21-CV-00029-BCW |
| v. | ) ) | |
| MUN Y. CHOI, et al., | ) ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

Matthew J. Westering, with the firm Seyferth Blumenthal & Harris LLC, hereby enters his appearance in the above matter as counsel of record for the following Defendants:

>Mun Y. Choi,
>The Curators of the University of Missouri,
>Julia G. Brncic,
>Maurice B. Graham,
>Greg E. Hoberock,
>Jeffrey L. Layman,
>Phillip H. Snowden,
>David L. Steelman,
>Robin R. Wenneker,
>Michael A. Williams,
>International Education Associates, LLC,
>Erica Lembke,
>Angela Hammons,
>Tamara Regan,
>Kathryn Fishman-Weaver,
>Stephanie P. Walters, and
>Thitinun Boonseng.

Respectfully submitted,

*/s/ Matthew J. Westering*
Michael L. Blumenthal, MO Bar #49153
Matthew J. Westering, MO Bar #61134
SEYFERTH BLUMENTHAL & HARRIS LLC
4801 Main Street, Suite 310
Kansas City, MO 64112
(816) 756-0700 Telephone
(816) 756-3700 Facsimile
mike@sbhlaw.com
matt@sbhlaw.com

ATTORNEYS FOR DEFENDANTS CHOI, THE CURATORS OF THE UNIVERSITY OF MISSOURI, BRNCIC, CHATMAN, GRAHAM, HOBEROCK, LAYMAN, SNOWDEN, STEELMAN, WENNEKER, WILLIAMS, INTERNATIONAL EDUCATION ASSOCIATES, LLC, LEMBKE, HAMMONS, REGAN, FISHMAN-WEAVER, WALTERS, AND BOONSENG

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all attorneys of record:

    Kenneth N. Caldwell (MO Bar #65433)
    CALDWELL LAW FIRM, P.C.
    1201 NW Briarcliff Pkwy 2nd Floor
    Kansas City, MO 64116
    (816) 535-1001 Telephone
    (702) 548-9796 Facsimile
    kcaldwell@caldwelllawfirm.com

    ATTORNEYS FOR PLAINTIFF


    Tim J. Riemann, (MO Bar #61757)
    RIEMANN INJURY LITIGATION LLC
    1600 Genessee St., Suite 860
    Kansas City,MO 6410
    (816) 348-3003 Telephone
    (816) 895-6351 Facsimile
    tim@injurylit.com

    ATTORNEYS FOR DEFENDANT
    KATHRYN CHVAL

    */s/ Matthew J. Westering*
    ATTORNEY FOR DEFENDANTS CHOI, THE CURATORS OF THE UNIVERSITY OF MISSOURI, BRNCIC, CHATMAN, GRAHAM, HOBEROCK, LAYMAN, SNOWDEN, STEELMAN, WENNEKER, WILLIAMS, INTERNATIONAL EDUCATION ASSOCIATES, LLC, LEMBKE, HAMMONS, REGAN, FISHMAN-WEAVER, WALTERS, AND BOONSENG