IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HIGH SCHOOL SERVICOS EDUCACIONAIS, LTDA., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:21-cv-00029-DGK ) |
| MUN Y. CHOI, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that

Defendant Chval's Motion to Dismiss (Doc. 43) and Defendants Choi, IEA, Hammons, Regan, Fishman-Weaver, Walters, and Boonseng's ("Choi Defendants") Motion to Dismiss (Doc. 45) are GRANTED IN PART AND DENIED IN PART. Counts II and IV are dismissed without prejudice. (Order, Doc. 76)

Defendant Chval's Motion to Dismiss (Doc. 82; Defendants Choi, IEA, Hammons, Regan, Fishman-Weaver, Walters, and Boonseng's ("Choi Defendants") Motion to Dismiss (Doc. 85); Defendant Clay's Motion to Dismiss, (Doc. 94); Defendant Nichols Motion to Dismiss (Doc. 104); Defendant K-12 Int'l's Motion to Dismiss (Doc. 106); Defendants Kittyhawk, IEA Missouri, and Brant Bukowsky's ("Bukowsky Defendants") Motion to Dismiss (Doc. 126) are GRANTED IN PART AND DENIED IN PART. Counts IV and VII are dismissed with prejudice. Count III is dismissed with prejudice insofar as it asserts claims against Defendants Choi and Chval. (Order, Doc. 76)

The parties' cross motions for summary judgment on Counts I, III, V, and VI. (Docs. 202, 220) is GRANTED, and Plaintiff's motion for partial summary judgment (Doc. 207) is DENIED. (Order, Doc. 238)

Defendants' motion for summary judgment on Count II (Doc. 239) is GRANTED. (Order, Doc. 248)

| | |
|---|---|
| February 20, 2024 | Paige Wymore-Wynn |
| Dated | Clerk of Court |
| | |
| February 20, 2024 | /s/ Tracy Strodtman |
| Entered | (by) Deputy Clerk |